# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

| | |
|---|---|
| Diogenis C. Panagiotis | George Joseph Armbruster, III |
| The Panagiotis Frim | The Panagiotis Firm |
| 1540 W. Pinhook Rd. | 1540 W. Pinhook Road |
| Lafayette LA 70503-3159 | Lafayette LA 70503 |

**REHEARING ACTION: January 28, 2009**

**Docket Number: 08   00559-CA**

**RAYEANNE OWENS, ET AL.**
**VERSUS**
**ENTERGY GULF STATES, INC., ET AL.**

**Appealed from Lafayette Parish Case No. 2004-3076**

**BEFORE JUDGES**:

    Hon. Jimmie C. Peters
    Hon. Elizabeth A. Pickett
    Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rayeanne Owens** has this day been

    **DENIED.**

cc: Louis Roy Koerner  Jr., Counsel for the Appellee
   John William Penny  Jr., Counsel for the Appellee
   Paul Holliday Fleming Baker, Counsel for the Appellee
   Thomas Reginald Hightower  Jr., Counsel for the Appellee
   Patrick Wade Kee, Counsel for the Appellee
   Joseph R. Ballard, Counsel for the Appellee
   John Allen Braymer, Counsel for the Appellee
   Kenneth William Jacques, Counsel for the Appellant